1                          Judge Ronald B. Leighton

2

3

                                      FILED _____ LODGED
                                       _____ RECEIVED

4                                    **JUN 2 8 2006**

5

6                            CLERK U.S. DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON AT TACOMA
               BY _____ DEPUTY

7

8

9                     UNITED STATES DISTRICT COURT

10                  WESTERN DISTRICT OF WASHINGTON

11                          AT TACOMA

12 UNITED STATES OF AMERICA,       )
                                       )    NO. CR05-5647RBL

13              Plaintiff,            )

14                v.                  )    ORDER OF FORFEITURE

15 RICHARD EARL ANDERSEN,          )

16             Defendant.         )

17

18         WHEREAS, on March 9, 2006, the Defendant, RICHARD EARL ANDERSEN, entered

19 into a Plea Agreement with the United States pursuant to which the Defendant entered a guilty

20 plea to the offense charged in Count 1 of the Superseding Indictment, Conspiracy to Commit

21 Visa Fraud, in violation of Title 18, United States Code, Sections 371 and 1546(a), and further

22 agreed to forfeit to the United States Two Thousand Dollars ($2,000.00) as property that was

23 used, or intended to be used, in any manner or part, to commit or to facilitate the commission of

24 the charged offense, and any property constituting, or derived from, any proceeds Defendant

25 obtained, directly or indirectly, as the result of such offense, and

26         WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the

27 extent that the forfeiture consists of a money judgment,"

28

UNITED STATES
ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800

1  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
2  the Defendant shall forfeit to the United States a money judgment in the sum of Two Thousand
3  Dollars ($2,000.00) pursuant to Title 18, United States Code, Section 982(a)(6)(A), and Title 21,
4  United States Code, Section 853.

5  IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction
6  in the case for the purpose of enforcing this Order;

7  IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture
8  shall become final as to the defendant at the time of sentencing, or before sentencing if the
9  defendant consents, and shall be made part of the sentence and included in the judgment;

10  IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to
11  Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed
12  Two Thousand Dollars ($2,000.00) to satisfy the money judgment in whole or in part; and

13  \\
14  \\
15  \\
16  \\
17  \\
18  \\
19  \\
20  \\
21  \\
22  \\
23  \\
24  \\
25  \\
26  \\
27
28

ORDER OF FORFEITURE - 2
CR04-5647RBL - U.S. v. RICHARD EARL ANDERSEN

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800

1    The Clerk of the Court is directed to send a copy of this Order of Forfeiture to all counsel
2    of record and three (3) "raised sealed" certified copies to the United States Attorney's Office.
3        DATED this __28th__ day of June, 2006.
4
5                                        _____
6                                        UNITED STATES DISTRICT JUDGE
7    Presented by:
8
9    _____
     MATTHEW H. THOMAS
10   Assistant United States Attorney
11
                                    для USA
12   _____
     LEONIE G.H. GRANT
13   Assistant United States Attorney
14
15   _____
     KENNETH KANEV
16   Attorney for Defendant
17
18   _____
     RICHARD EARL ANDERSEN
19   Defendant
20
21
22
23
24
25
26
27
28

UNITED STATES
ATTORNEY
1201 PACIFIC AVENUE, SUITE
700
TACOMA, WASHINGTON
98402-4305
(253) 428-3800