JUDGE LEIGHTON

FILED _____ LODGED
RECEIVED
JUN 30 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO. CR 04-5647 RBL |
|---|---|
| Plaintiff, | |
| v. | ORDER MODIFYING CONDITIONS OF RELEASE AND DELETING ELECTRONIC HOME MONITORING (EHM) REQUIREMENT PENDING SELF SURRENDER |
| PHUOC HUU NGUYEN, et al. | |
| Defendants. | |

Having considered Defendant Richard ANDERSEN'S unopposed motion for an order modifying the conditions of his pre-trial release with pre-trial supervision and electronic home monitoring as follows: deletion of the EHM condition pending defendant's self surrender at the direction of the USPO, now therefore,

IT IS ORDERED that defendant's bond be and hereby is modified pending defendant's self surrender by deletion of the EHM condition. All other conditions of release are to remain in effect through date of defendant's surrender.

DONE THIS 30th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE

ORDER MODIFYING CONDITIONS OF
RELEASE, etc. -1

LAW OFFICES OF
KENNETH E. KANEV
1001 4TH AVENUE, SUITE 2120
SEATTLE, WASHINGTON
98154-1109
206-223-1355(V) 206-583-2278(F)

## CERTIFICATE OF SERVICE

I certify that on 6/30/2006 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of all other parties of record. I also e-mailed or faxed a copy of this document to AUSA Matt Thomas and to Connie Smith/Raul Salazar/Brenda Amandson PTSO, Seattle.

s/ KENNETH E. KANEV

KENNETH E. KANEV

Attorney for defendant R. ANDERSON

1001 4TH Avenue # 2120

Seattle WA 98154

Phone:   206-223-1355

Fax:     206-583-2278

E-mail:  kanevlaw@speakeasy.net

ORDER MODIFYING CONDITIONS OF RELEASE , etc. -2

LAW OFFICES OF
**KENNETH E. KANEV**
1001 4TH AVENUE, SUITE 2120
SEATTLE, WASHINGTON 98154-1109
206-223-1355(V) 206-583-2278(F)